United States District Court
Northern District of California

1
2
3
4               UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7   NAHUM AVENDANO-RUIZ,                    Case No.  15-cv-03371-RS
            Plaintiff,
8
        v.                                 **CASE MANAGEMENT SCHEDULING
9                                          ORDER**
    CITY OF SEBASTOPOL, et al.,
10
            Defendants.
11

12          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

13   Management Conference on November 5, 2015.  After considering the Joint Case Management

14   Statement submitted by the parties and consulting with the attorneys of record for the parties and

15   good cause appearing, IT IS HEREBY ORDERED THAT:

16          1.      DISCOVERY.

17          Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b)

18   twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number

19   of requests for production of documents or for inspection per party; and (d) a reasonable number

20   of requests for admission per party.

21          2.      DISCOVERY DISPUTES.

22          Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and

23   conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.

24   Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

25   the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter

26   Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that

27   Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or

28   set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further

1    discovery matters shall be filed pursuant to that Judge's procedures.

2         3.    CLASS CERTIFICATION.

3              a.   Plaintiff's motion for class certification shall be heard on April 21, 2016, at 1:30

4                   p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

5                   Avenue, San Francisco, California.

6         4.    CLASS ACTION SETTLEMENTS.

7         In putative class actions, prior to submitting any motion for approval of a class settlement,

8    the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance

9    and tailor the motion appropriately.

10

11   **IT IS SO ORDERED**.

12

13   Dated: November 5, 2015

14                                                  RICHARD SEEBORG
                                                    United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                  CASE MANAGEMENT SCHEDULING ORDER
                                                    CASE NO. 15-cv-03371-RS

*United States District Court*
*Northern District of California*

2