**ALICIA ROMAN**, SBN 260101
LAW OFFICE OF ALICIA ROMAN
719 Orchard Street
Santa Rosa, CA 95404
(707) 526-4100 / (707) 573-1094 facsimile
E-Mail: aliciaromanlaw@yahoo.com

**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-Mail: manncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHUM AVENDANO-RUIZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEBASTOPOL, et al.,<br><br>Defendants. | Case No. 15-cv-03371-RS<br><br>**ORDER CONTINUING BRIEFING AND HEARING OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation and the good cause appearing therein, the Court hereby continues the briefing and hearing on Plaintiff's Motion for Class Certification as follows:

///

///

00109327.WPD

Motion due:          April 21, 2016

Opposition due:      May 5, 2016

Reply due:           May 12, 2016

Hearing:             May 26, 2016 at 1:30 p.m.


　　　　IT IS SO ORDERED


DATED: 3/7/16


**RICHARD SEEBORG**
United States District Judge

00109327.WPD