**ALICIA ROMAN**, SBN 260101
LAW OFFICE OF ALICIA ROMAN
719 Orchard Street
Santa Rosa, CA 95404
(707) 526-4100 / (707) 573-1094 facsimile
E-Mail: aliciaromanlaw@yahoo.com

**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-Mail: manncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHUM AVENDANO-RUIZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEBASTOPOL, et al.,<br><br>Defendants. | Case No. 15-cv-03371-RS<br><br>**ORDER CONTINUING BRIEFING AND HEARING OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Pursuant to the parties' stipulation and the good cause appearing therein, the Court hereby takes Plaintiff's Motion for Class Certification, set for hearing May 26, 2016, off calendar, and continues the briefing and hearing on Plaintiff's Motion for Class Certification until after the Court rules on defendants' Motion for Summary Judgment.

///

///

Upon its ruling, the Court will set a briefing and hearing schedule to begin (i.e. moving papers must be filed) about six weeks afterwards.

IT IS SO ORDERED

DATED: 4/12/16

_____
**RICHARD SEEBORG**
United States District Judge