**ALICIA ROMAN**, SBN 260101
LAW OFFICE OF ALICIA ROMAN
719 Orchard Street
Santa Rosa, CA 95404
(707) 526-4100 / (707) 573-1094 facsimile
E-Mail: aliciaromanlaw@yahoo.com

**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-Mail: manncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHUM AVENDANO-RUIZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEBASTOPOL, et al.,<br><br>Defendants. | Case No. 15-cv-03371-RS<br><br>**ORDER CONTINUING STATUS CONFERENCE SET FOR MARCH 23, 2017** |

Pursuant to the parties' stipulation and the good cause appearing therein, the Court hereby continues the March 23, 2017 Status Conference to  April 6,          2017, at 11:00 a.m. (counsel to appear by telephone).

IT IS SO ORDERED

DATED: 2/6/17

_____
**RICHARD SEEBORG**
United States District Judge

-1-