RAYMOND J. FULLERTON, ESQ., SBN 219264
MAGDALENA R. MCQUILLA, ESQ., SBN 307578
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California 95404
Telephone: 707/545-1660
Facsimile: 707/545-1876

Attorneys for Defendants
CITY OF SEBASTOPOL, SEBASTOPOL POLICE DEPARTMENT and
JEFFREY WEAVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHUM AVENDANO-RUIZ, individually and as class representative,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEBASTOPOL, SEBASTOPOL POLICE DEPARTMENT, JEFFREY WEAVER, individually and in his official capacity, and DOES 1 through 20, individually and in their official capacities,<br><br>Defendants. | CASE NO.: 3:15-cv-03371 RS<br><br>ORDER<br>STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

TO THIS HONORABLE COURT:

Plaintiff NAHUM AVENDANO-RUIZ and defendants CITY OF SEBASTOPOL and SEBASTOPOL POLICE DEPARTMENT, by and through their respective counsel, agree and stipulate as follows:

1. Plaintiff filed his Motion for Class Certification on May 16, 2018.

2. The hearing on the Motion for Class Certification is currently set for June 21, 2018.

3. Pursuant to the docket notice and the Local Rules, defendants' response is due by May 30, 2018 and plaintiff's reply is due by June 6, 2018.

3. Due to the complexity of the motion and defendants' trial schedule in an unrelated case, defendants' counsel requested a stipulation from plaintiff's counsel to continue the Class

Certification hearing.

4. Accordingly, the parties hereby stipulate and request that the hearing on this Motion for Class Certification be continued to July 19, 2018, or to another date suitable to the court, and that all responsive pleading deadlines be extended accordingly.

DATED: May 25, 2018      GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By /s/ Raymond J. Fullerton
RAYMOND J. FULLERTON
Attorneys for Defendants
CITY OF SEBASTOPOL, SEBASTOPOL POLICE DEPARTMENT and JEFFREY WEAVER

DATED: May 25, 2018      LAW OFFICE OF ALICIA ROMAN
LAW OFFICE OF DONALD W. COOK

By /s/ Donald W. Cook
DONALD W. COOK
Attorneys for Plaintiff
NAHUM AVENDANO-RUIZ



IT IS SO ORDERED
Judge Richard Seeborg
Date: 5/29/18
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA